# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST,<br><br>Plaintiff(s),<br><br>v.<br><br>SEA VEGAS INCORPORATED, et al.,<br><br>Defendant(s). | Case No. 2:22-cv-01538-JAD-NJK<br><br>**ORDER** |

Defendants accepted service and acknowledge a deadline to respond to the complaint of November 28, 2022. Docket No. 5. Nonetheless, Defendants have not appeared in this case. Unless Defendants have responded to the complaint in the interim, Plaintiff must file a status report by December 20, 2022.

IT IS SO ORDERED.

Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1