**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, kba@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the Southern Nevada Culinary and Bartenders Pension Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SEA VEGAS INCORPORATED, *et al.*,<br><br>Defendants. | CASE NO.: 2:22-cv-01538-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ECF No. 9 |

Plaintiff, the Board of Trustees of Southern Nevada Culinary and Bartenders Pension Trust ("Plaintiff"), and the Defendants, SEA Vegas Incorporated, a Nevada corporation, Nabon Thai Market, Inc., a New York corporation, Spice Corner 236, Inc., a New York corporation, Tong Thai Connecticut LLC, a Connecticut limited liability company, Kitlen Management, Inc., a New York corporation, KL 747, Inc., a New York corporation, Kitlen Realty, LLC, a New York limited liability company, Kittigron Lirtpanaruk, an individual, and Yongyut Limleartvate, an individual (collectively referred to herein as "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that:

1. The Parties entered into a written Settlement Agreement dated January 12, 2023, which includes an unfiled Stipulation for Entry of Judgment by Confession and

1. Judgment by Confession (collectively referred to herein as the "Settlement Agreement").

2. The Settlement Agreement resolves all claims asserted in this case and requires certain actions to be performed on or before April 15, 2025.

3. All claims asserted herein shall be and are hereby dismissed without prejudice.

4. Each of the Parties shall bear its own attorney's fees and costs, except as expressly agreed between the Parties in the Settlement Agreement.

5. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **JENNINGS & FULTON, LTD.** |
| By:/s/: Kevin B. Archibald, Esq.<br>Kevin B. Archibald, Esq. (13817)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: kba@cjmlv.com<br>*Attorneys for Plaintiff Board of Trustees of the Southern Nevada Culinary and Bartenders Pension Trust* | By: /s/: Hera Armenian, Esq.<br>Adam R. Fulton, Esq. (11572)<br>Hera Armenian, Esq. (12322)<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>Tel: (702) 979-3565<br>Fax: (702) 362-2060<br>Email: afulton@jfnvlaw.com<br>Email: harmenian@jfnvlaw.com<br>*Attorneys for Defendants* |
| DATED: January 13, 2023 | DATED: January 13, 2023 |

### ORDER

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 1-17-23